# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LUDA CHRISTINE HAYWARD LEFORGE, | ) | |
| DAVID L. LEFORGE, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | No. 1:10-cv-00859-TWP-DKL |
| | ) | |
| BAC HOME LOANS SERVICING, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted her Report and Recommendation on Plaintiff's Motion to Order Settlement Paid to Court (Dkt. 107). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. Plaintiffs filed an objection and then withdrew their objection (Dkt. 111). The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. Plaintiffs' Motion to Order Settlement Paid to Court (Dkt. 103) is **DENIED**.

Date: 03/11/2014
_____

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Kyle David Murray
MURRAY LAW FIRM LLC
kyle@murraylawandtitle.com

Douglas B. Bates
STITES & HARBISON, LLP
dbates@stites.com

J Spencer Harmon
STITES & HARBISON, LLP
sharmon@stites.com

Neal F. Bailen
STITES & HARBISON, LLP
nbailen@stites.com